In the Matter of AUGUST A. DIETER, Appellant and Respondent, against GEORGE J. RYAN et al., Constituting the Board of Education of the City of New York et al., Respondents and Appellants.

(Argued April 16, 1935; decided May 21, 1935.)

*Philip V. Manning* and *Philip V. Manning, Jr.*, for petitioner, appellant and respondent.

*Paul Windels, Corporation Counsel* (*Edmund L. Palmieri* and *Paxton Blair* of counsel), for defendants, respondents and appellants.

Order affirmed, without costs, on the authority of *Matter of Horn* v. *Gillespie* (267 N. Y. 333). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.